We have considered the cases cited and discussed in the brief of counsel for the plaintiff on rehearing. The rulings therein do not establish any error in our original decision overruling the instant protest. That decision was based upon the well-established rule that the power of the court to order a reliquidation in a protest case for clerical error in the entered value is limited to cases where the final appraised value is the same or less than the entered value would be, if corrected. See cases therein cited and also *Pomerance* v. *United States*, 33 Cust. Ct. 439, Abstract 58530.

For the foregoing reasons, we adhere to our original decision overruling plaintiff's claims.

Judgment will be rendered accordingly.

**No. 59886.**—Dorf International, Inc. *v.* United States, protest 270937–K/14610 (New Orleans).

Opinion by EKWALL, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 59887.**—Geo. Wm. Rueff, Inc. *v.* United States, protest 279896–K/14609 (New Orleans).

Opinion by EKWALL, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 59888.**—Schenley Import Corp. *v.* United States, protest 259058–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 59889.**—James Barclay & Co., Inc., et al. *v.* United States, protests 276453–K (B), etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.*, v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 59890.**—Air Express Int'l Agency, Inc. *v.* United States, protest 260735–K (New York).